UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR ENCARNACION and THE BRONX DEFENDERS<br><br>                      Plaintiffs,<br><br>– against –<br><br>CITY OF NEW YORK<br><br>                      Defendant. | 16 CV 156<br><br>RULE 7.1 DISCLOSURE STATEMENT |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Bronx Defenders (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated: January 8, 2016
Bronx, New York

                                                   Respectfully submitted,

                                                   THE BRONX DEFENDERS

                                                   By: _____

                                                 Mariana (Molly) Kovel (MK 3789)
                                                 Adam N. Shoop (AS 2015)
                                                 Johanna B. Steinberg (JS 6289)
                                                 360 East 161st Street
                                                 Bronx, New York 10451
                                                 (718) 838-7878
                                                 mollyk@bronxdefenders.org
                                                 adams@bronxdefenders.org
                                                 johannas@bronxdefenders.org

                                                 *Attorneys for Plaintiffs*