AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Victor Encarnacion and The Bronx Defenders )<br>*Plaintiff* )<br>v. )<br>City of New York )<br>*Defendant* ) | Case No.  16 CV 156 (DLC)(JCF) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Victor Encarnacion and The Bronx Defenders

Date: 01/11/2016

*Attorney's signature*

Adam N. Shoop (AS 2015)
*Printed name and bar number*

The Bronx Defenders
360 East 161st Street
Bronx New York 10451

*Address*

adams@bronxdefenders.org
*E-mail address*

(718) 838-7839
*Telephone number*

(347) 842-1222
*FAX number*