UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

VICTOR ENCARNACION and THE BRONX DEFENDERS,

                              Plaintiffs,        **NOTICE OF APPEARANCE**

   - against -                                 16 CV 156

CITY OF NEW YORK

                              Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Aviva Y. Horowitz, appears as counsel for defendant THE CITY OF NEW YORK and requests to receive notice of all docket events via the Electronic Case Filing system.

        I certify that I am admitted to practice before this Court.

Dated:      New York, New York
              January 27, 2016

                                                  Respectfully Submitted,

                                                  ZACHARY W. CARTER
                                                  Corporation Counsel of the City of New York
                                                  Attorney for Defendant

                                                  100 Church Street
                                                  New York, New York 10007
                                                  (212) 356-2176
                                                  ahorowit@law.nyc.gov

                                     By:   _____
                                                  AVIVA Y. HOROWITZ
                                                  Assistant Corporation Counsel

TO:    Mariana (Molly) Kovel (MK 3789
        Adam N. Shoop (AS 2015)
        Johanna B. Steinberg (JS 6289)
        Attorney for Plaintiff
        300 East 161st Street
        Bronx, New York 10451 (via ECF)