AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | |
|---|---|
| Victor Encarnacion, The Bronx Defenders ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 16 CV 156 (DLC)(JCF) |
| City of New York ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Victor Encarnacion and The Bronx Defenders

Date:   01/27/2016

*Attorney's signature*

Johanna B. Steinberg (JS6289)
*Printed name and bar number*

The Bronx Defenders
360 East 161st Street
Bronx, New York 10451

*Address*

johannas@bronxdefenders.org
*E-mail address*

(718) 508-3447
*Telephone number*

(347) 842-1222
*FAX number*