

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Aviva Y. Horowitz
Administrative Law Division
212-356-2176
Facsimile: (212) 356-2019
ahorowitt@law.nyc.gov

February 19, 2016

**BY ECF**
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

      Re: Victor Encarnacion and The Bronx Defenders v. City of New York, 16 CV 156

Dear District Judge Cote:

      I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendant the City of New York in the above-referenced action. The counsels for the parties respectfully request that the pre-trial conference currently scheduled for March 11, 2016 at 11:00 a.m. be postponed until March 18, 2016 at 11:00 a.m., or another date or time convenient to the Court. This request is made because pursuant to this Court's February 2, 2016 Order, defendant's time to respond to the Complaint was extended until March 10, 2016 and plaintiffs' counsel would like time to review defendant's response prior to the conference. Additionally, I am scheduled to appear in two previously scheduled State Court cases in Kings and Bronx Counties on March 11, 2016.

      This is the first request by any of the parties to this action for a postponement of the conference. Plaintiffs' counsel, Mariana Kovel, has advised me that she joins in this request and that she is available on March 18, 2016 at 11:00 a.m. Accordingly, we respectfully request that the conference be postponed until that time.

Thank you for your consideration of this request.

Respectfully submitted,

Aviva Y. Horowitz (AH 3654)

cc: THE BRONX DEFENDERS
Mariana (Molly) Kovel, Esq. (by e-mail)
Adam N. Shoop, Esq. (by e-mail)
Johanna B. Steinberg, Esq. (by e-mail)