UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
VICTOR ENCARNACION and THE BRONX        :        16Cv0156 (DLC)
DEFENDNERS,
                        Plaintiff,       :            PRETRIAL
                                         :        SCHEDULING ORDER
            -v-                          :

CITY OF NEW YORK,                        :
                                         :
                        Defendant.       :
--------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/2016
```

DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to
Rule 16, Fed. R. Civ. P., on March 18, 2016, the following
schedule shall govern the further conduct of pretrial
proceedings in this case:

1.   The parties shall submit a status letter to the Court by
     **April 21, 2016.**

2.   The following motion will be served by the dates indicated
     below.

     Defendant's motion to dismiss

     -    Motion served by **May 13, 2016**
     -    Opposition served by **June 3, 2016**
     -    Reply served by **June 10, 2016**

     At the time any Reply is served the moving party shall
     supply two courtesy copies of all motion papers to Chambers
     by mail or delivery to the United States Courthouse, 500
     Pearl Street, New York, New York.


Dated:    New York, New York
          March 21, 2016

                              _____
                                     DENISE COTE
                              United States District Judge