# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

May 25, 2016

**By ECF**
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

<u>Encarnacion, et al. v. City of New York</u>, 16 CV 00156

Dear Judge Cote:

      In accordance with the May 12, 2016 Status Report in the above-referenced matter, I write on behalf of Plaintiffs to provide notice to the Court and to Defendant that Plaintiffs intend to amend their complaint to add additional plaintiffs and assert their claims on a class basis pursuant to Rule 23. We will file this amended complaint by June 3 in accordance with the schedule agreed by the parties.

                                Respectfully submitted,

                                  /s/ Eric Brenner
                                Eric Brenner


cc:    NEW YORK CITY LAW DEPARTMENT
        Aviva Y. Horowitz, Esq.

        THE BRONX DEFENDERS
        Marianna (Molly) Kovel, Esq.
        Johanna B. Steinberg, Esq.
        Adam N. Shoop, Esq.