```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
VICTOR ENCARNACION, KALEB HAGOS,       :    16cv0156 (DLC)
KENNETH CLAVASQUIN, and THE BRONX      :
DEFENDERS, individually and on behalf  :    ORDER
of a class of all others similarly     :
situated,                              :
                  Plaintiffs,          :
                                       :
            -v-                        :
                                       :
CITY OF NEW YORK,                      :
                                       :
                  Defendant.           :
                                       :
-------------------------------------- X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2016

DENISE COTE, District Judge:

On June 8, 2016, the plaintiffs filed a motion for class certification under Rule 23, Fed. R. Civ. P.  On July 25, the parties filed a stipulation agreeing to stay the above-captioned action for six months while the terms of an initial settlement are implemented.  Accordingly, it is hereby

ORDERED that the plaintiff's June 8, 2016 motion for class certification is denied without prejudice to renewal upon the expiration of the six-month stay.

Dated:    New York, New York
          July 25, 2016

                                    _____
                                            DENISE COTE
                                    United States District Judge