

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

Aviva Y. Horowitz
**Administrative Law Division**
212-356-2176
Facsimile: (212) 356-2019
ahorowit@law.nyc.gov



April 7, 2017

**BY ECF**
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007



Re: <u>Victor Encarnacion and The Bronx Defenders v. City of New York</u>, 16 CV 156

Honorable Judge Cote:

       I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendant the City of New York in the above-referenced action. This status report is submitted in accordance with this Court's February 28, 2017 order which directed the parties to participate in a settlement conference before Magistrate Judge Francis and this Court's instruction to file a status report by April 7, 2017. The parties are also submitting this letter to jointly request the continuance of the stay of all papers, discovery and Court appearances in the above-captioned action until such time as the parties may appear again before Magistrate Judge Francis for further mediation discussions.

       On April 4, 2017, the parties appeared before Magistrate Francis for mediation to try and resolve outstanding issues with regard to the possible settlement of this action. Following a productive mediation, the counsel to the parties agreed to adjourn the matter to review the suggested proposals with the respective clients and to appear at another mediation to be scheduled with Magistrate Francis in approximately six weeks. Accordingly, the parties jointly request that the stay of all papers, discovery and Court appearances in the above-titled action be continued through May 26, 2017 or any other date convenient to the Court.

*Granted.*

*Denise Cote*
*4/7/17*

Thank you for your consideration of this request.

Respectfully submitted,

Aviva Y. Horowitz (AH 3654)

cc:    THE BRONX DEFENDERS
Niji Jain, Esq. (by e-mail)
Adam N. Shoop, Esq. (by e-mail)
Johanna B. Steinberg, Esq. (by e-mail)

BOIES, SCHILLER & FLEXNER LLP
Eric Brenner, Esq (by e-mail)