UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   16cv0156 (DLC)
VICTOR ENCARNACION, KALEB HAGOS,      :
KENNETH CLAVASQUIN, and THE BRONX     :   ORDER
DEFENDERS,                            :
                                      :
                    Plaintiffs,       :
                                      :
          -v-                         :
                                      :
CITY OF NEW YORK,                     :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On February 10, 2020, the parties filed a proposed order regarding their Stipulation of Settlement that was so-ordered by this Court on February 12, 2018. It is hereby

ORDERED that the parties' February 10 proposed order is approved.

Dated:    New York, New York
          February 19, 2020

                              _____
                                    DENISE COTE
                              United States District Judge