UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR ENCARNACION, KALEB HAGOS,
KENNETH CLAVASQUIN, and
THE BRONX DEFENDERS,

               Plaintiffs,

– against –

THE CITY OF NEW YORK,

               Defendant.

16-cv-156 (DLC)

## STIPULATION TO EXTEND SETTLEMENT AND ORDER

**WHEREAS,** Plaintiffs Victor Encarnacion, Kaleb Hagos, Kenneth Clavasquin, and The Bronx Defenders; Defendant City of New York; and intervening party the Office of the Bronx District Attorney ("the Bronx DA") entered into a Stipulation of Settlement to resolve Plaintiffs' lawsuit regarding the seizure, retention, and return of personal property seized in connection with an arrest, which was so-ordered by this Court on February 12, 2018 (the "So-Ordered Stipulation of Settlement");

**WHEREAS,** Plaintiffs and Defendant City of New York stipulated to extend the time frame for enforcement of the obligations of the parties provided for in the So-Ordered Stipulation of Settlement from February 12, 2020 to June 30, 2020, which Stipulation was so-ordered by this Court on February 19, 2020;

**WHEREAS,** due to the COVID-19 pandemic and related disruptions to court and office operations, Plaintiffs and Defendant City of New York now wish to further extend the time frame for enforcement of the obligations of the parties, in accordance with paragraph 64 of the So-Ordered Stipulation of Settlement;

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for Plaintiffs and the Defendant City of New York as follows:

1. The obligations of the parties under the So-Ordered Stipulation of Settlement are hereby extended, solely with respect to Defendant City of New York and Plaintiffs, through October 31, 2020.

2. Counsel for Plaintiffs and the City shall convene a meeting of the Working Group on a mutually agreeable date prior to September 1, 2020.

3. Prior to September 1, 2020, Plaintiffs shall not make any application to the Court seeking relief or recourse under the So-Ordered Stipulation of Settlement.

Dated: June 29, 2020

| | |
|---|---|
| **THE BRONX DEFENDERS** <br> Niji Jain <br> Adam N. Shoop <br> 360 East 161st Street <br> Bronx, New York 10451 <br> Telephone: (718) 838-7878 <br> Facsimile: (718) 665-0100 <br><br> By: _____ <br> *Attorneys for Plaintiffs* | **JAMES E. JOHNSON** <br> Corporation Counsel of the City of New York <br> Samantha Schonfeld <br> Sherrill M. Kurland <br> 100 Church Street, Room 5-184 <br> New York, NY 10007 <br> Telephone: (212) 356-2176 <br> Facsimile: (213) 356-2019 <br><br> By: _____ <br>     Samantha Schonfeld <br> *Attorneys for Defendant City of New York* |

SO ORDERED:

_____
United States District Judge
Dated: