UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR ENCARNACION, KALEB HAGOS, KENNETH CLAVASQUIN, and THE BRONX DEFENDERS, individually and on behalf of a class of all others similarly situated,<br><br>      Plaintiffs,<br><br>– against –<br><br>THE CITY OF NEW YORK,<br><br>      Defendant. | 16-cv-156 (DLC) |

**NOTICE OF MOTION TO ENFORCE
THE SO-ORDERED SETTLEMENT AGREEMENT**

PLEASE TAKE NOTICE that Plaintiffs will move this Court on a return date to be determined by the Court for an order extending the court-ordered settlement agreement for one year and requiring Defendant to demonstrate compliance with Paragraph 16 of that agreement within the one year extension period. In support of this motion, Plaintiffs submit the attached Memorandum of Law in Support of their Motion to Enforce the So-Ordered Settlement Agreement and the Declarations of Niji Jain and Adam Shoop, both dated October 29, 2020, and the exhibits annexed thereto.

Dated: October 29, 2020
   Bronx, NY

                Respectfully submitted,

                _/s/ Niji Jain_
                Niji Jain
                Adam N. Shoop
                Jenn Rolnick Borchetta
                THE BRONX DEFENDERS
                360 East 161st Street
                Bronx, New York 10451
                Telephone: (718) 838-7878
                njain@bronxdefenders.org

                _Counsel for Plaintiffs_