




# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev. 11/09)

Invoice No.

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| ███ PCT. | | | | | **OPEN** |
| Invoice Date | Property Type | | | | Property Category |
| ███ | **CURRENCY** | | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | | | ███ | ███ | OCME EU No. |
| Arresting | | | ███ | ███ | OCME FB No. |
| Investigating | | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | | | | | Det Sqd. Case No.  N/A |
| CSU/ECT Processing | | | | | CSU/ECT Run No.  N/A |

| Item | Total QTY | Article(s) | Cash | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 2 | CASH | USC $100 BILL<br>SERIAL NO : 250J/900A | 200.00 | ███ | 2 | |
| 2 | 2 | CASH | USC $50 BILL<br>SERIAL NO.: 712B/294C | 100.00 | ███ | 2 | |
| 3 | 13 | CASH | USC $20 BILL | 260.00 | ███ | 13 | |
| 4 | 3 | CASH | USC $10 BILL<br>SERIAL NO.: 572A/863C/932D | 30.00 | ███ | 3 | |
| 5 | 1 | CASH | USC $5 BILL<br>SERIAL NO.: 2019D | 5.00 | ███ | 1 | |
| 6 | 5 | CASH | USC $2 BILL | 10.00 | ███ | 5 | |
| 7 | 2 | CASH | USC $1 BILL<br>SERIAL NO.: 006D/829D | 2.00 | ███ | 2 | |
| | | Total Cash Value | 607.00 | | | |

**REMARKS:**
███ : VOUCHERED AS ARREST EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| ███ | ███ | FELONY | N/A | ACCEPTED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1 | ███ | | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |



Invoice No. ███

Prisoner / Finder / Owner Copy
printed: ███



PCD Storage No. ███

Page No. 1 of 4



# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev. 11/09)



Invoice No. ▇

| Related Invoice(s) | N/A | | | | | |
|---|---|---|---|---|---|---|
| Approvals | Rank | Name | Tax No. | Command | Date | Time |
| Entered By | | | ▇ | ▇ | ▇ | ▇ |
| Invoicing Officer | | | ▇ | ▇ | ▇ | ▇ |
| Approved By | | | ▇ | ▇ | ▇ | ▇ |



Invoice No. ▇

Prisoner / Finder / Owner Copy
printed: ▇

PCD Storage No. ▇