

**Redefining**
public
defense.

October 30, 2020

**Via ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room1610
New York, New York 10007

   *Re:*  *Encarnacion et al. v. City of New York*, 16 Civ. 156 (DLC) (JCF)

Dear Judge Cote:

  I write on behalf of Plaintiffs to request that the Court order the parties' agreed-upon briefing schedule for Plaintiffs' motion, filed yesterday (October 29), to enforce the so-ordered settlement agreement ("Settlement") in this matter. ECF No. 94. As explained further in Plaintiffs' motion papers, the Court ordered the Settlement on February 12, 2018, and after two extensions on consent, the Settlement is set to sunset soon, without Defendant achieving compliance with a key term. The parties have agreed to a briefing schedule on Plaintiffs' motion, as follows:

   Plaintiffs' motion: filed on October 29, 2020
   Defendant's response: due by December 11, 2020
   Plaintiffs' reply: due by December 22, 2020

Thank you for your consideration of this request.

      Respectfully submitted,

      By:  /s/ Niji Jain

      Niji Jain
      Adam N. Shoop
      Jenn Rolnick Borchetta
      THE BRONX DEFENDERS
      360 East 161st Street
      Bronx, New York 10451
      Telephone: (718) 838-7878
      nijij@bronxdefenders.org

      *Counsel for Plaintiffs*

cc:  All Counsel (via ECF)