

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**SAMANTHA SCHONFELD**
Senior Counsel
Phone: 212-356-2183
Fax: 212-356-2059
Email: sschonfe@law.nyc.gov

December 9, 2020

Hon. Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   Encarnacion v. City of New York, 16-cv-00156 (DLC)

Your Honor:

   This office represents defendant, the City of New York, in the above-referenced fully settled action. Defendant respectfully requests that its time to respond to plaintiffs' motion to enforce the So-Ordered Settlement Agreement (ECF No. 94), be extended thirty days from December 11, 2020 to January 11, 2021 and that plaintiffs' time to reply be extended to January 22, 2021.

   As an initial matter, when the parties discussed the so-ordered briefing schedule (ECF No. 99), defendant had not yet received plaintiffs' motion papers. To that end, it has taken longer than expected for this office to obtain all information necessary to respond. In large part, the significant decrease in New York City Police Department personnel and the City's ongoing challenges with the COVID-19 crisis has also made it considerably harder to obtain necessary information because the ability of employees to obtain records maintained in the physical office is limited.

   Furthermore, defendant is requesting a thirty-day extension because of the upcoming holidays and City-mandated furlough days which require the attorneys working on this matter to be out of the office for several days in the upcoming weeks.

   This is defendant's first request for an extension of time to respond to plaintiffs' motion to enforce the So-Ordered Settlement Agreement. Plaintiffs' counsel kindly consents to this request. This extension request does not affect any other scheduled dates, as this matter is fully settled and is not otherwise on the calendar.  The extension of time will not prejudice any party.

Accordingly, defendant respectfully requests that its time to respond to plaintiffs' motion to enforce the So-Ordered Settlement Agreement be extended thirty days from December 11, 2020 to January 11, 2021 and that plaintiffs' time to reply be extended to January 22, 2021.

Respectfully,

/s/

Samantha M. Schonfeld
Assistant Corporation Counsel

cc:    All counsel via ECF

```
Granted.
Defendant's response to plaintiffs'
motion is due on January 11, 2021.
Plaintiffs' reply is due on
January 22, 2021.
12.10.2020
```

DENISE COTE
United States District Judge