```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
VICTOR ENCARNACION, KALEB HAGOS,         :
KENNETH CLAVASQUIN, and THE BRONX        :         16cv156(DLC)
DEFENDERS,                               :
                                         :            ORDER
                        Plaintiffs,      :
                                         :
            -v-                          :
                                         :
CITY OF NEW YORK,                        :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court having received the parties' submissions addressing the plaintiffs' motion to enforce the so-ordered settlement agreement, it is hereby

ORDERED that a conference is scheduled for **April 1, 2021 at 11:00am.**

Due to the ongoing COVID-19 pandemic, the conference will be held via the Microsoft Teams videoconference platform. To access the conference, paste the following link into your browser: https://teams.microsoft.com/l/meetup-join/19%3ameeting_M2NjZjM3NWUtNGZhMC00YmIwLTljMGItMzE5YWQ0M2M2NmU5%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2220b3b4ec-1ef6-4484-88f4-2126fecd52fa%22%7d.

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above, which is currently live.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

    Call-in number:    +1 917-933-2166
    Conference ID:     358 806 525#

Dated:   New York, New York
         March 19, 2021

_____
DENISE COTE
United States District Judge

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.