```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
VICTOR ENCARNACION, KALEB HAGOS,         :
KENNETH CLAVASQUIN, and THE BRONX        :       16cv156(DLC)
DEFENDERS,                               :
                                         :           ORDER
                            Plaintiffs,  :
                                         :
              -v-                        :
                                         :
CITY OF NEW YORK,                        :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons set forth in the conference of April 1, 2021, it is hereby

ORDERED that the plaintiffs' October 29, 2020 motion to extend and enforce the settlement agreement of February 12, 2018 is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall close the case.

Dated:   New York, New York
         April 1, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge